**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7677**

---

UNITED STATES OF AMERICA,

                                            Plaintiff - Appellee,

    versus

PERSONNE ELRICO MCGHEE, a/k/a Rico,

                                            Defendant - Appellant.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., District Judge. (CR-93-46)

---

Submitted: January 15, 2004        Decided: January 28, 2004

---

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Personne Elrico McGhee, Appellant Pro Se. Paul Thomas Camilletti, OFFICE OF THE UNITED STATES ATTORNEY, Martinsburg, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Personne Elrico McGhee appeals a district court order denying his motion to modify his sentence. We have reviewed the record and the district court order and find no error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. McGhee</u>, No. CR-93-46 (N.D.W. Va. Oct. 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>